UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                              Petitioner,

            v.

FUTURE SHOCK ARCHITECTURAL METALS &
GLASS A/K/A FUTURE SHOCK
ARCHITECTURAL METALS & GLASS CORP.,

                              Respondent.

No. 22-CV-0211 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 10, 2022, Petitioner filed a complaint seeking confirmation of an arbitration award. Dkt. 1. Petitioner has not yet docketed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by February 1, 2022. Respondent's opposition, if any, is due on February 22, 2022. Petitioner's reply, if any, is due on March 1, 2022.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:     January 19, 2022
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge