**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                        Petitioner,                    22 **CIVIL** 211 (RA)

             -against-                    **JUDGMENT**

FUTURE SHOCK ARCHITECTURAL METALS
& GLASS a/k/a FUTURE SHOCK
ARCHITECTURAL METALS & GLASS CORP.,

                       Respondent.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated December 29, 2022, the petition to

confirm the arbitration award is granted. Judgment is entered in the amount of $3,000. Petitioner

is also granted $2,520.00 in attorney's fees and $557.00 in costs arising out of filing the Petition;

accordingly, the case is closed.

**Dated:**  New York, New York
          December 30, 2022

                           **RUBY J. KRAJICK**

                                 **Clerk of Court**

**BY:**          _K. Mango_

                                 **Deputy Clerk**